ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
BRIAN K. WALTERS, ESQ.
Nevada Bar No. 9711
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9301
Facsimile: (702) 255-2858
Email: rlarsen@grsm.com
Email: bwalters@grsm.com

*Attorneys for Defendant*
*MISSION DEL REY HOMEOWNERS ASSOCIATION*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-23CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-23 CB,<br><br>Plaintiff,<br><br>vs.<br><br>MISSION DEL REY HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | CASE NO. 2:17-cv-02173-RFB-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Defendant, MISSION DEL REY HOMEOWNERS ASSOCIATION ("Mission Del Rey"), by and through its attorneys of record, Robert S. Larsen, Esq. and Brian K. Walters, Esq., of the law office of GORDON REES SCULLY MANSUKHANI, LLP and Plaintiff, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-23CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-23 CB ("BNYM"), by and through its attorneys of record, Ariel E. Stern, Esq. and Tenesa S. Scaturro, Esq., of the law office of AKERMAN LLP, hereby stipulate and agree to extend the time for Defendant Mission

Del Rey to file its response to BNYM's Complaint to November 9, 2017.

**IT IS SO STIPULATED.**

DATED this 30th day of October 2017.　　　　DATED this 30th day of October 2017.

| **GORDON REES SCULLY MANSUKHANI, LLP** | **AKERMAN LLP** |
|---|---|
| */s/ Brian K. Walters* | */s/ Tenesa S. Scaturro* |
| Robert S. Larsen, Esq. | Ariel E. Stern, Esq. |
| Brian K. Walters, Esq. | Tenesa S. Scaturro, Esq. |
| 300 South 4th Street, Suite 1550 | 1160 Town Center Drive, Suite 330 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89144 |
| *Attorneys for Defendant Mission Del Rey Homeowners Association* | *Attorney for Plaintiff The Bank of New York Mellon* |

## ORDER

Pursuant to the foregoing Stipulation, Defendant Mission Del Rey's time to respond to BNYM's Complaint is extended to November 9, 2017.

**IT IS SO ORDERED**

DATED this  31st  day of  October  2017.

_George Foley Jr._
U.S. MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of October 2017, I served a copy of the **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** upon the parties via CM/ECF as follows:

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.scaturro@akerman.com

*/s/ Chelsey Holland*
An Employee of GORDON REES SCULLY MANSUKHANI, LLP