ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
BRIAN K. WALTERS, ESQ.
Nevada Bar No. 9711
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9301
Facsimile: (702) 255-2858
Email: rlarsen@grsm.com
Email: bwalters@grsm.com

*Attorneys for Defendant*
*MISSION DEL REY HOMEOWNERS ASSOCIATION*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-23CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-23 CB,<br><br>Plaintiff,<br><br>vs.<br><br>MISSION DEL REY HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | CASE NO. 2:17-cv-02173-RFB-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT MISSION DEL REY HOMEOWNERS ASSOCIATION'S MOTION FOR PARTIAL DISMISSAL OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT** |

Defendant, MISSION DEL REY HOMEOWNERS ASSOCIATION ("Mission Del Rey"), by and through its attorneys of record, Robert S. Larsen, Esq. and Brian K. Walters, Esq., of the law office of GORDON REES SCULLY MANSUKHANI, LLP and Plaintiff, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-23CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-23 CB ("BNYM"), by and through its attorneys of record, Ariel E. Stern, Esq. and Tenesa S. Scaturro, Esq., of the law office of AKERMAN LLP, hereby stipulate and agree to extend the time for Plaintiff BNYM to

file its response to Mission Del Rey's Motion for Partial Dismissal or Alternatively, Motion for Summary Judgement [ECF No. 14] filed on November 9, 2017. This request seeks additional time to December 29, 2017 to file the response as the response was initially due November 30, 2017. Mission Del Rey shall have 14 days from the date of the response to file its Reply brief.

**IT IS SO STIPULATED.**

DATED this 29th day of November 2017.     DATED this 29th day of November 2017.

**GORDON REES SCULLY MANSUKHANI, LLP**     **AKERMAN LLP**

*/s/ Brian K. Walters*     */s/ Tenesa S. Scaturro*

Robert S. Larsen, Esq.
Brian K. Walters, Esq.
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Mission Del Rey Homeowners Association*

Ariel E. Stern, Esq.
Tenesa S. Scaturro, Esq.
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorney for Plaintiff*
*The Bank of New York Mellon*

## **ORDER**

Pursuant to the foregoing Stipulation, Plaintiff BNYM's time to respond to Mission Del Rey's Motion for Partial Dismissal or Alternatively, Motion for Summary Judgement is December 29, 2017.

**IT IS SO ORDERED**

DATED this ___30th___ day of ___November,___ 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of November 2017, I served a copy of the **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT MISSION DEL REY HOMEOWNERS ASSOCIATION'S MOTION FOR PARTIAL DISMISSAL OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT** upon the parties via CM/ECF as follows:

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.scaturro@akerman.com

　　　　　　　　　　　　　　　　　　　*/s/ Chelsey Holland*
　　　　　　　　　　　　　　　　　　　An Employee of GORDON REES SCULLY MANSUKHANI, LLP

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

1129701/35820683v.1