1  DIANA S. EBRON, ESQ.
   Nevada Bar No. 10580
2  E-Mail: diana@kgelegal.com
   JACQUELINE A. GILBERT, ESQ.
3  Nevada Bar No. 10593
   E-Mail: jackie@kgelegal.com
4  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
5  E-Mail: karen@kgelegal.com
   KIM GILBERT EBRON
6  7625 Dean Martin Drive, Suite 110
   Las Vegas, Nevada 89139-5974
7  Telephone: (702) 485-3300
   Facsimile: (702) 485-3301
8  *Attorney for Defendant,*
   *SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-23CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-23CB,<br><br>Plaintiff,<br><br>vs.<br><br>MISSION DEL REY HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:17-cv-02173-RFB-GWF<br><br>**STIPULATION AND ORDER FOR COST BOND** |

Defendant SFR INVESTMENTS POOL 1, LLC ("**SFR**"), and Plaintiff THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-23CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-23CB ("**BNYM**"), hereby stipulate and agree as follows:

1. Pursuant to NRS 18.130(1), the DEMAND FOR SECURITY OF COSTS PURSUANT TO NRS 18.130(1) filed by SFR on October 10, 2017 [ECF No. 8], is granted.

2. BNYM shall post a cost bond in the amount of $500.00 or make a cash deposit of $500.00 as to Defendant SFR within fifteen (15) days of the entry of this order.

DATED this __10th__ day of April, 2018.

**KIM GILBERT EBRON**

/s/ *Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

DATED this __10th__ day of April, 2018.

**AKERMAN, LLP**

/s/*Tenesa Powell*
ARIEL E. STERN, ESQ.
Nevada Bar No. 08276
TENESA POWELL, ESQ.
Nevada Bar No. 12488
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-23CB, Mortgage Pass-Through Certificates, Series 2006-23CB*

**ORDER**

IT IS SO ORDERED:

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

  4-11-2018
DATED

- 2 -