ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA POWELL, ESQ.
Nevada Bar No.12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-23CB, Mortgage Pass-Through Certificates, Series 2006-23CB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-23CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-23CB<br><br>Plaintiff,<br><br>vs.<br><br>MISSION DEL REY HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:17-cv-02173-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF COUNTER MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 40]**<br><br>[FIRST REQUEST] |

Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-23CB, Mortgage Pass-Through Certificates, Series 2006-23CB (**BoNYM**) and Mission Del Rey Homeowners Association (**HOA**) stipulate as follows:

1

46709508;1

1. BoNYM filed its counter motion for partial summary judgment on September 13, 2018 [ECF No. 40]. HOA filed its response to BoNYM's motion on October 4, 2018 [ECF No. 48]. BoNYM's reply is currently due on October 18, 2018.

2. The parties hereby stipulate and agree BoNYM shall have fourteen (14) additional days to file its reply. The new deadline for BoNYM to file its reply in support of counter motion for partial summary judgment shall be **Thursday, November 1, 2018.**

3. This is the first request for an extension of this deadline and is not made for purposes of undue delay.

Dated: October 16, 2018

**AKERMAN LLP**

*/s/ Tenesa Powell*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA POWELL, ESQ.
Nevada Bar No.12488
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-23CB, Mortgage Pass-Through Certificates, Series 2006-23CB*

**GORDON & REES LLP**

*/s/ David T. Gluth*
DAVID T. GLUTH
Nevada Bar NO. 10596
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
BRIAN K. WALTERS, ESQ.
Nevada Bar No. 9711
300 South Fourth Street, Suite 1500
Las Vegas, NV 89101
*Attorneys for Mission Del Rey Homeowners Association*

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

**DATED:** October 19, 2018.

2

46709508;1