# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-23CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-23CB,<br><br>    Plaintiff,<br>vs.<br><br>MISSION DEL REY HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC,<br><br>    Defendants. | Case No.: 2:17-cv-02173-RFB-EJY<br><br>**ORDER TO RELEASE BOND** |

Presently before the Court is the matter of The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-23CB, Mortgage Pass-Through Certificates, Series 2006-23CB v. Mission Del Rey Homeowners Association, et al., case number 2:17-cv-02173-RFB-EJY.

On April 11, 2018, the Court ordered Plaintiff to post a security bond for $500.00 [ECF No. 26]. On April 27, 2018, Akerman LLP posted a security bond on behalf of Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-23CB, Mortgage Pass-Through Certificates, Series 2006-23CB, receipt number NVLAS056738 for $500.00 [ECF No. 29].

52161447;1

On September 30, 2019, the Court entered an order granting Plaintiff's countermotion for summary judgment, closing the case [ECF No. 69]. As this matter is now concluded, the Court orders that the $500.00 security bond, plus interest be returned to the Legal Owner designated in the certificate of cash deposit [ECF No. 29].

**IT IS SO ORDERED**.

Dated this 28th day of February, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

52161447;1